UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| DAMON WHITFIELD; HECTOR MADERA,<br><br>Plaintiffs,<br><br>vs.<br><br>DENNY'S CORPORATION; DENNY'S, INC.; SUNRISE RESTAURANTS, LLC; PILOT FLYING J CENTER #716; ANNE FLETCHER; MICHAEL FLETCHER; WKS RESTAURANT CORP. D/B/A WKS RESTAURANT GROUP,<br><br>Defendants. | 4:25-CV-04116-ECS<br><br><br>ORDER TO ADMIT NONRESIDENT ATTORNEY PATRICIA BROWN HOLMES |

Melanie L. Carpenter moves to allow nonresident attorney, Patricia Brown Holmes, to participate in all proceedings in the above case. The Court has reviewed the file and good cause appearing, it is hereby

ORDERED that Patricia Brown Holmes:

1. Shall be admitted to participate in all proceedings of this case pursuant to the Local Rules of Practice for the United States District Court for the District of South Dakota;

2. Shall file a return and pay state sales tax pursuant to the laws of the State of South Dakota.

DATED this 16th day of September, 2025.

BY THE COURT:

_____
ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE